**Michael Jason POLITTE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 97975.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 13, 2013.

Lisa Stroup, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Robert J. Bartholomew, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

### *ORDER*

PER CURIAM.

Michael Jason Politte appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. The motion court's findings of fact and conclusions of law are not clearly erroneous. We affirm. Rule 84.16(b)(2) & (5).